Reman Industries, Inc.
Income Statement
For the Six Months Ending June 30, 2015

|  | Year to Date |  |
|---|---:|---:|
| **Revenues** |  |  |
| Sales | 1,434,840.88 | 97.37 |
| Shipping Charges Reimbursed | 15,428.31 | 1.05 |
| Core Charge | 32,640.00 | 2.22 |
| Core Credit | (55.00) | 0.00 |
| Sales Discounts | (9,282.39) | (0.63) |
| Total Revenues | 1,473,571.80 | 100.00 |
|  |  |  |
| **Cost of Sales** |  |  |
| Purchases | 431,896.41 | 29.31 |
| Utilities | 31,186.97 | 2.12 |
| Depreciation | 1,922.46 | 0.13 |
| Salaries and Wages | 348,007.92 | 23.62 |
| Freight | 42,504.86 | 2.88 |
| Operating Supplies | 75,916.41 | 5.15 |
| Outside Services | 10,531.30 | 0.71 |
| Repairs & Maintenance | 427.00 | 0.03 |
| Scavenger | 1,932.94 | 0.13 |
| Shipping Supplies | 22,589.45 | 1.53 |
| Uniforms | 3,817.19 | 0.26 |
| Payroll Tax Expense | 27,354.48 | 1.86 |
| Rent Expense | 20,071.77 | 1.36 |
| Total Cost of Sales | 1,018,159.16 | 69.09 |
|  |  |  |
| Gross Profit | 455,412.64 | 30.91 |
|  |  |  |
| **Expenses** |  |  |
| Advertising Expense | 1,095.00 | 0.07 |
| Auto & Truck Expenses | 11,633.21 | 0.79 |
| Bank Charges | 6,475.60 | 0.44 |
| Charitable Contributions Exp | 116.86 | 0.01 |
| Credit Card Fees | 3,937.04 | 0.27 |
| Gifts Expense | 456.71 | 0.03 |
| Insurance Expense | 23,124.00 | 1.57 |
| Officer's Life Insurance | 442.50 | 0.03 |
| Health Insurance | 23,599.56 | 1.60 |
| Interest Expense | 17,250.25 | 1.17 |
| Legal and Professional Expense | 25,716.65 | 1.75 |
| Licenses & Fees Expense | 561.00 | 0.04 |
| Maintenance Expense | 2,227.45 | 0.15 |
| Meals and Entertainment Exp | 3,270.91 | 0.22 |
| Office Expense | 2,070.66 | 0.14 |
| Office Salaries | 188,400.00 | 12.79 |
| Officer Salaries | 15,000.00 | 1.02 |
| Trade Show | 3,435.52 | 0.23 |
| Payroll Tax Operating | 18,640.95 | 1.27 |
| Payroll Service | 2,625.16 | 0.18 |
| Repairs Expense | 1,990.00 | 0.14 |
| Telephone Expense | 5,631.62 | 0.38 |
| Travel Expense | 13,286.87 | 0.90 |
| Total Expenses | 370,987.52 | 25.18 |
|  |  |  |
| Net Income | $ 84,425.12 | 5.73 |

For Management Purposes Only

Reman Industries, Inc.
Balance Sheet
June 30, 2015

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | $ 28,389.91 | |
| Accounts Receivable | 568,909.38 | |
| Allowance for Doubtful Account | (21,300.00) | |
| Inventory, at lower of cost | 0.00 | |
| (first-in,first-out) mark | 0.00 | |
| or market | 1,143,785.87 | |
| Exchange | (4,563.70) | |
| Prepaid Insurance | 30,812.00 | |
| Total Current Assets | | 1,746,033.46 |
| **Property and Equipment** | | |
| Furniture and Fixtures | 118,479.15 | |
| Machinery & Equipment | 1,064,859.01 | |
| Transportation | 101,003.60 | |
| Leasehold Improvements | 97,954.80 | |
| | 1,382,296.56 | |
| Less: Accum. Depreciation | (1,289,294.86) | |
| | | 1,839,035.16 |
| **Other Assets** | | |
| Deposits | | 13,429.96 |
| **Total Assets** | | $ 1,852,465.12 |

### LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Insurance Payable | $ 25,223.30 | |
| Accrued Expenses | 70,000.00 | |
| Accrued Interest | 2,682.40 | |
| MB Financial - LOC | 528,534.56 | |
| Accounts Payable | 608,930.99 | |
| MB Fin - Loan Current Maturity | 33,738.00 | |
| Total Current Liabilities | | 1,269,109.25 |
| **Long-Term Liabilities** | | |
| Officer's Loan | 538,496.77 | |
| MB Financial -Loan Payable | 168,710.00 | |
| Total Long-Term Liabilities | | 707,206.77 |
| **Total Liabilities** | | 1,976,316.02 |
| **Capital** | | |
| Common Stock | 2,000.00 | |
| Retained Earnings | (210,276.02) | |
| Net Income | 84,425.12 | |
| Total Capital | | (123,850.90) |
| **Total Liabilities & Capital** | | $ 1,852,465.12 |

Unaudited - For Management Purposes Only